UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

In The Matter Of:

JOHN R. PARRINELLO, ESQ.,
an attorney admitted to
practice before this Court,

ORDER

Case # 15-MC-6007

Respondent.

---

On July 28, 2016, John R. Parrinello filed a motion in this Court for entry of an order granting reinstatement, pursuant to Local Rules 83.1 and 83.3, to the practice of law in the Western District of New York. The Court has reviewed the motion and supporting affidavits, and, finding good cause, rules as follows:

1. John R. Parrinello has complied with all the conditions of this Court's order of suspension issued on January 22, 2016; and

2. The motion for reinstatement is granted; and thus

3. John R. Parrinello shall be reinstated to the practice of law in the Western District of New York, effective immediately.

IT IS SO ORDERED.

DATED:   July 29, 2016
         Rochester, New York

HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court